# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150458

JEFFREY C. JACOBSON,

      Plaintiff-Appellant,

v

NEIL COLEGROVE, M.D. and
ADVANTAGE HEALTH
PHYSICIAN NETWORK,

      Defendants-Appellees.

SC: 150458
COA: 322894

_____

      On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of November 18, 2014, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014



jam

      Clerk